| | |
|---|---|
| 1 | James F. Basile (SBN 228965) |
| 2 | james.basile@kirkland.com<br>Elizabeth L. Deeley (SBN 230798) |
| 3 | elizabeth.deeley@kirkland.com<br>KIRKLAND & ELLIS LLP |
| 4 | 555 California Street<br>San Francisco, California 94104 |
| 5 | Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500 |
| 6 | Attorneys for Defendants |
| 7 | FACEBOOK, INC., MARK ZUCKERBERG, DAVID E. EBERSMAN, DAVID M. SPILLANE, MARC L. ANDREESSEN, ERSKINE B. BOWLES, JAMES W. |
| 8 | BREYER, DONALD E. GRAHAM, REED HASTINGS and PETER A. THIEL |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| EDWARD J. SHIERRY, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, DAVID E. EBERSMAN, DAVID M. SPILLANE, MARC L. ANDREESSEN, ERSKINE B. BOWLES, JAMES W. BREYER, DONALD E. GRAHAM, REED HASTINGS, PETER A. THIEL, MORGAN STANLEY & CO. LLC, GOLDMAN, SACHS & CO., BARCLAYS CAPITAL INC., ALLEN & COMPANY LLC, CITIGROUP GLOBAL MARKETS INC., CREDIT SUISSE SECURITIES (USA) LLC, DEUTSCHE BANK SECURITIES INC., RBC CAPITAL MARKETS, LLC, BLAYLOCK ROBERT VAN LLC, BMO CAPITAL MARKETS CORP., C.L. KING & ASSOCIATES, INC., CABRERA CAPITAL MARKETS, LLC, CASTLEOAK SECURITIES, L.P., COWEN AND COMPANY, LLC., E*TRADE SECURITIES, LLC, ITAU BBA USA SECURITIES, INC., LAZARD CAPITAL MARKETS LLC, LEBENTHAL & CO., LLC, LOOP CAPITAL MARKETS LLC, M.R. BEAL & COMPANY, MACQUARIE CAPITAL (USA) INC., MURIEL SIEBERT & CO., INC., OPPENHEIMER & CO. INC., PACIFIC CREST SECURITIES LLC, PIPER JAFFRAY & CO., | CASE NO. 12-CV-3200 (MMC)<br><br>**CLASS ACTION**<br><br>**STIPULATION REGARDING SCHEDULING AND ORDER THEREON**<br><br>DATE: August 3, 2012<br>TIME: 9:00 a.m.<br>JUDGE: The Hon. Maxine M. Chesney<br>CTRM: 7, 19th Floor |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | RAYMOND JAMES & ASSOCIATES, INC., SAMUEL A. RAMIREZ & COMPANY, INC., STIFEL, NICOLAUS & COMPANY, INCORPORATED, THE WILLIAMS CAPITAL GROUP, L.P., and WILLIAM BLAIR & COMPANY, L.L.C.,<br><br>                    Defendants. |

WHEREAS, on June 20, 2012, certain defendants removed the following actions from the Superior Court for the State of California for the County of San Mateo to the United States District Court for the Northern District of California (the "Removed Actions"):[1]

> *Lapin v. Facebook, Inc., et al.*, Case No. 12-cv-3195-MMC, San Mateo County Superior Court, No. CIV-514240;
>
> *DeMois v. Facebook, Inc., et al.*, Case No. 12-cv-3196-MMC, San Mateo County Superior Court, No. CIV514163;
>
> *Lazar v. Facebook, Inc., et al.*, Case No. 12-cv-3199-MMC, San Mateo County Superior Court, No. CIV 514065;
>
> *Shierry v. Facebook, Inc., et al.,* Case No. 12-cv-3200-MMC, San Mateo County Superior Court, No. CIV-514172;
>
> *Cuker v. Facebook, Inc., et al.,* Case No. 12-cv-3201-MMC, San Mateo County Superior Court No. CIV 514238;
>
> *Lieber v. Facebook, Inc., et al.,* Case No. 12-cv-3202-MMC, San Mateo County Superior Court No. CIV-514193; and
>
> *Stokes v. Facebook, Inc., et al.,* Case No. 12-cv-3203-MMC, San Mateo County Superior Court, No. CIV514107;

WHEREAS, prior to the removal to the United States District Court for the Northern District of California, the Removed Actions were consolidated by order of the Honorable Beth L. Freeman, Presiding Judge of the Superior Court of the State of California for the County of San Mateo and co-lead counsel for the Removed Actions were appointed by Order of the Honorable Marie S. Weiner, Complex Civil Litigation Judge of the Superior Court of the State of California for the County of San Mateo;

---

[1] Two other actions that were removed, *Pilgram v. Facebook, Inc., et al.,* Case No. 12-cv-3197-MMC, San Mateo County Superior Court, No. CIV-514111 and *Alfonso v. Facebook, Inc., et al.,* Case No. 12-cv-3198-MMC, San Mateo County Superior Court, No. CIV-514171, have since been voluntarily dismissed and marked closed on this Court's docket.  Accordingly, the parties are not including these actions in the stipulation.

1    WHEREAS, on June 21, 2012 and June 22, 2012, plaintiffs filed motions to remand each of
2    the Removed Actions to the Superior Court for the State of California for the County of San Mateo;
3    WHEREAS, on June 21, 2012, motions to stay each of the Removed Actions were filed on
4    behalf of defendants;
5    WHEREAS, on June 29, 2012, the Removed Actions were deemed related to actions pending
6    before this Court and were subsequently transferred to this Court;
7    WHEREAS, pursuant to the order reassigning each of the Removed Actions to this Court, all
8    hearing dates on outstanding motions were vacated and the parties were ordered to re-notice said
9    hearings;
10   WHEREAS, the Court's ECF filing system was inoperable and the parties were unable to re-
11   notice these hearings by electronic filings on Thursday, June 28, 2012 or Friday, June 29, 2012;
12   WHEREAS, the re-notice of the motions to stay on behalf of defendants were physically
13   filed on June 29, 2012 and were accepted by the Court;
14   WHEREAS, plaintiffs' counsel, after contacting the Clerk's office when the ECF filing
15   system was inoperable and being advised that a physically refiled motion would be rejected because
16   these actions are designated for electronic filing only, and, therefore, plaintiffs physically filed their
17   re-noticed motions to remand on the next business day, Monday, July 2, 2012;
18   WHEREAS, the parties hereto agree that in the interest of judicial economy, plaintiffs'
19   motions to remand the Removed Actions and motions on behalf of defendants to stay the Removed
20   Actions should be briefed and heard on the same schedule; and
21   WHEREAS, the parties hereto wish to have the motions to stay and the motions to remand
22   the Removed Actions heard on the same date, that date being August 10, 2012.
23   NOW THEREFORE THE PARTIES STIPULATE AND AGREE that:
24   All briefing in response to either the motions to remand the Removed Actions or the Motions
25   to Stay the Removed Actions should be served on the parties and filed with the Court no later than
26   July 10, 2012; plaintiffs shall file a single brief and defendants shall collectively file a single brief;
27   All reply briefs in support of the motions to remand the Removed Actions or the motions to
28   stay the Removed Actions should be served on the parties and filed with the Court no later than July

STIPULATION REGARDING SCHEDULING          2          CASE NO. 12-CV-3200 (MMC)

1  18, 2012; plaintiffs shall file a single brief and defendants shall collectively file a single brief; and

2  In each of the Removed Actions, the parties will file amended notices of the motions to

3  remand and amended notices of the motions to stay setting August 10, 2012 at 9:00 A.M. as the

4  hearing date for said motions.

7  Dated July 3, 2012                                **KIRKLAND & ELLIS LLP**

8                                                                            */s/ James F. Basile*
   JAMES F. BASILE

10 James F. Basile
   Elizabeth L. Deeley
11 555 California Street, 27th Floor
   San Francisco, CA  94104
12 Telephone:  (415) 439-1471
   Facsimile:  (415) 439-1371

15 **KIRKLAND & ELLIS LLP**
   Andrew B. Clubok
   Brant W. Bishop
16 601 Lexington Ave.
   New York , NY 10022
17 Telephone:  (212) 446-4800
   Facsimile:  (212) 446-4900

19 and

20 **WILLKIE FARR & GALLAGHER LLP**
   Richard D. Bernstein
21 Tariq Mundiya
   Todd G. Cosenza
22 787 Seventh Avenue
   New York, N.Y. 10019-6099, U.S.A.
23 Telephone: (212) 728-8000
   Facsimile: (212) 728-8111

25 *Attorneys for Defendants Facebook, Inc., Mark Zuckerberg, David A. Ebersman, David M.*
26 *Spillane, Marc L. Andreessen, Erskine B. Bowles, James W. Breyer, Donald E. Graham,*
27 *Reed Hastings, Peter A. Thiel*

| | | |
|---|---|---|
| 1 | Dated July 3, 2012 | **BARRACK, RODOS & BACINE** |
| 2 | | |
| 3 | | _____/s/ Samuel M. Ward_____ |
| | | SAMUEL M. WARD |
| 4 | | |
| 5 | | STEPHEN R. BASSER |
| | | SAMUEL M. WARD |
| 6 | | One America Plaza |
| | | 600 West Broadway, Suite 900 |
| 7 | | San Diego, CA  92101 |
| | | Phone: (619) 230-0800 |
| 8 | | Fax:  (619) 230-1874 |
| | | Email: sbasser@barrack.com |
| 9 | | sward@barrack.com |
| 10 | | |
| | | and |
| 11 | | |
| | | **BARRACK RODOS & BACINE** |
| 12 | | DANIEL E. BACINE |
| | | MARK R. ROSEN |
| 13 | | BETH T. SELTZER |
| 14 | | 3300 Two Commerce Square |
| | | 2001 Market Street |
| 15 | | Philadelphia, PA 19103 |
| | | Phone: (215) 963-0600 |
| 16 | | Fax: (215) 963-0838 |
| | | Email: dbacine@barrack.com |
| 17 | | mrosen@barrack.com |
| | | bseltzer@barrack.com |
| 18 | | |
| 19 | | **GLANCY BINKOW & GOLDBERG LLP** |
| | | Lionel Z. Glancy |
| 20 | | Michael Goldberg |
| | | Robert V. Prongay |
| 21 | | Casey E. Sadler |
| 22 | | 1925 Century Park East, Suite 2100 |
| | | Los Angeles, CA 90067 |
| 23 | | Tel: (310) 201-9150 |
| | | Fax: (310) 201-9160 |
| 24 | | Email: info@glancylaw.com |
| 25 | | |
| | | _Co- Lead Counsel in the San Mateo County Supreme_ |
| 26 | | _Court Actions and Counsel for Plaintiffs Darryl Lazar,_ |
| | | _Vernon R. DeMois, Jr., Edward J. Shierry, Karen_ |
| 27 | | _Cuker, Brian Gralnick and Harvey Lapin_ |
| 28 | | |

|    |                                                                 |
|----|-----------------------------------------------------------------|
| 1  | **STRAUSS TROY CO., LPA**                                       |
| 2  | Richard S. Wayne                                                |
|    | Joseph J. Braun                                                 |
| 3  | The Federal Reserve Building                                    |
|    | 150 East Fourth Street                                          |
| 4  | Cincinnati, Ohio 45202-4018                                     |
|    | Tel: (513) 621-2120                                             |
| 5  | Fax: (513) 629-9426                                             |
| 6  |                                                                 |
|    | *Counsel for Plaintiff Vernon R. DeMois, Jr.,*                  |
| 7  |                                                                 |
|    | **AHDOOT & WOLFSON, P.C.**                                      |
| 8  | Robert Ahdoot                                                   |
|    | Tina Wolfson                                                    |
| 9  | Theodore Maya                                                   |
|    | Bradley King                                                    |
| 10 | 10850 Wilshire Boulevard, Suite 370                             |
|    | Los Angeles, CA 90024                                           |
| 11 | Tel: 310-474-9111                                               |
| 12 | Fax: 310-474-8585                                               |
| 13 | *Counsel for Plaintiff Jennifer Stokes*                         |
| 14 |                                                                 |
|    | **INITIATIVE LEGAL GROUP APC**                                  |
| 15 | Jordan L. Lurie                                                 |
|    | Raul Perez                                                      |
| 16 | Andrew Sokolowski                                               |
|    | Sue Kim                                                         |
| 17 | 1800 Century Park East, 2nd Floor                               |
|    | Los Angeles, California 90067                                   |
| 18 | Telephone: (310) 556 - 5637                                     |
| 19 | Facsimile: (310) 861 -9051                                      |
| 20 |                         and                                     |
| 21 |                                                                 |
|    | Jack Zwick                                                      |
| 22 | 100 Church Street, Suite 850                                    |
|    | New York, N.Y. 10007                                            |
| 23 | Telephone: (212) 385 - 1900                                     |
|    | Facsimile: (212) 385 - 1911                                     |
| 24 |                                                                 |
|    | *Counsel for Plaintiff Michael Lieber*                          |
| 25 |                                                                 |
| 26 |                                                                 |
| 27 |                                                                 |
| 28 |                                                                 |

STIPULATION REGARDING SCHEDULING          5          CASE NO. 12-CV-3200 (MMC)

| | | |
|---|---|---|
|1| Dated July 3, 2012 | **DAVIS POLK & WARDWELL LLP** |
|2| | |
|3| | _/s/ Neal A. Potischman_<br>NEAL A. POTISCHMAN |
|4| | Neal A. Potischman |
|5| | Samantha H. Knox<br>1600 El Camino Real |
|6| | Menlo Park, CA 94025<br>Telephone: (650) 752-2000 |
|7| | Facsimile: (650) 752-2111 |

**DAVIS POLK & WARDWELL LLP**
James P. Rouhandeh
Charles S. Duggan
450 Lexington Avenue
New York, New York  10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800

*Attorneys for Defendants Morgan Stanley & Co. LLC  and Goldman, Sachs & Co., for themselves and on behalf of the underwriter defendants*

**PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.**

Dated: July 6, 2012

_____
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE