1  James F. Basile (SBN 228965)
   james.basile@kirkland.com
2  Elizabeth L. Deeley (SBN 230798)
   elizabeth.deeley@kirkland.com
3  KIRKLAND & ELLIS LLP
   555 California Street
4  San Francisco, California  94104
   Telephone: (415) 439-1400
5  Facsimile: (415) 439-1500

6  Attorneys for Defendants
   FACEBOOK, INC., MARK ZUCKERBERG, DAVID E.
7  EBERSMAN, DAVID M. SPILLANE, MARC L.
   ANDREESSEN, ERSKINE B. BOWLES, JAMES W.
8  BREYER, DONALD E. GRAHAM, REED HASTINGS
   and PETER A. THIEL
9

10                  **UNITED STATES DISTRICT COURT**

11                 **NORTHERN DISTRICT OF CALIFORNIA**

12                    **SAN FRANCISCO DIVISION**

13  EDWARD J. SHIERRY, Individually and On          CASE NO. 12-CV-3200 (MMC)
    Behalf of All Others Similarly Situated,
14                                                  **CLASS ACTION**
                    Plaintiff,
15                                                  **STIPULATION REGARDING
                                                    SCHEDULING  AND ORDER THEREON**
16           v.

17  FACEBOOK, INC., MARK ZUCKERBERG,                DATE:  August 3, 2012
    DAVID E. EBERSMAN, DAVID M. SPILLANE,           TIME:   9:00 a.m.
18  MARC L. ANDREESSEN, ERSKINE B.                  JUDGE: The Hon. Maxine M. Chesney
    BOWLES, JAMES W. BREYER, DONALD E.              CTRM:  7, 19th Floor
19  GRAHAM, REED HASTINGS, PETER A. THIEL,
    MORGAN STANLEY & CO. LLC, GOLDMAN,
20  SACHS & CO., BARCLAYS CAPITAL INC.,
    ALLEN & COMPANY LLC, CITIGROUP
21  GLOBAL MARKETS INC., CREDIT SUISSE
    SECURITIES (USA) LLC, DEUTSCHE BANK
22  SECURITIES INC., RBC CAPITAL MARKETS,
    LLC, BLAYLOCK ROBERT VAN LLC, BMO
23  CAPITAL MARKETS CORP., C.L. KING &
    ASSOCIATES, INC., CABRERA CAPITAL
24  MARKETS, LLC, CASTLEOAK SECURITIES,
    L.P., COWEN AND COMPANY, LLC., E*TRADE
25  SECURITIES, LLC, ITAU BBA USA
    SECURITIES, INC., LAZARD CAPITAL
26  MARKETS LLC, LEBENTHAL & CO., LLC,
    LOOP CAPITAL MARKETS LLC, M.R. BEAL &
27  COMPANY, MACQUARIE CAPITAL (USA)
    INC., MURIEL SIEBERT & CO., INC.,
28  OPPENHEIMER & CO. INC., PACIFIC CREST
    SECURITIES LLC, PIPER JAFFRAY & CO.,

1  RAYMOND JAMES & ASSOCIATES, INC.,
   SAMUEL A. RAMIREZ & COMPANY, INC.,
2  STIFEL, NICOLAUS & COMPANY,
   INCORPORATED, THE WILLIAMS CAPITAL
3  GROUP, L.P., and WILLIAM BLAIR &
   COMPANY, L.L.C.,
4
                  Defendants.
5

6         WHEREAS, on June 20, 2012, certain defendants removed the following actions from the

7  Superior Court for the State of California for the County of San Mateo to the United States District

8  Court for the Northern District of California (the "Removed Actions"):[1]

9         *Lapin v. Facebook, Inc., et al.,* Case No. 12-cv-3195-MMC, San Mateo County
          Superior Court, No. CIV-514240;
10
          *DeMois v. Facebook, Inc., et al.,* Case No. 12-cv-3196-MMC, San Mateo County
11        Superior Court, No. CIV514163;

12        *Lazar v. Facebook, Inc., et al.,* Case No. 12-cv-3199-MMC, San Mateo County
          Superior Court, No. CIV 514065;
13
          *Shierry v. Facebook, Inc., et al.,* Case No. 12-cv-3200-MMC, San Mateo County
14        Superior Court, No. CIV-514172;

15        *Cuker v. Facebook, Inc., et al.,* Case No. 12-cv-3201-MMC, San Mateo County
          Superior Court No. CIV 514238;
16
          *Lieber v. Facebook, Inc., et al.,* Case No. 12-cv-3202-MMC, San Mateo County
17        Superior Court No. CIV-514193; and

18        *Stokes v. Facebook, Inc., et al.,* Case No. 12-cv-3203-MMC, San Mateo County
          Superior Court, No. CIV514107;
19

20        WHEREAS, prior to the removal to the United States District Court for the Northern District

21  of California, the Removed Actions were consolidated by order of the Honorable Beth L. Freeman,

22  Presiding Judge of the Superior Court of the State of California for the County of San Mateo and co-

23  lead counsel for the Removed Actions were appointed by Order of the Honorable Marie S. Weiner,

24  Complex Civil Litigation Judge of the Superior Court of the State of California for the County of

25  San Mateo;

26  _____
    [1] Two other actions that were removed, *Pilgram v. Facebook, Inc., et al.,* Case No. 12-cv-3197-
27  MMC, San Mateo County Superior Court, No. CIV-514111 and *Alfonso v. Facebook, Inc., et al.,*
    Case No. 12-cv-3198-MMC, San Mateo County Superior Court, No. CIV-514171, have since been
28  voluntarily dismissed and marked closed on this Court's docket.  Accordingly, the parties are not
    including these actions in the stipulation.

STIPULATION REGARDING SCHEDULING          1          CASE NO. 12-CV-3200 (MMC)

1       WHEREAS, on June 21, 2012 and June 22, 2012, plaintiffs filed motions to remand each of

2  the Removed Actions to the Superior Court for the State of California for the County of San Mateo;

3       WHEREAS, on June 21, 2012, motions to stay each of the Removed Actions were filed on

4  behalf of defendants;

5       WHEREAS, on June 29, 2012, the Removed Actions were deemed related to actions pending

6  before this Court and were subsequently transferred to this Court;

7       WHEREAS, pursuant to the order reassigning each of the Removed Actions to this Court, all

8  hearing dates on outstanding motions were vacated and the parties were ordered to re-notice said

9  hearings;

10       WHEREAS, the Court's ECF filing system was inoperable and the parties were unable to re-

11  notice these hearings by electronic filings on Thursday, June 28, 2012 or Friday, June 29, 2012;

12       WHEREAS, the re-notice of the motions to stay on behalf of defendants were physically

13  filed on June 29, 2012 and were accepted by the Court;

14       WHEREAS, plaintiffs' counsel, after  contacting the Clerk's office when the ECF filing

15  system was inoperable and being advised that a physically refiled motion would be rejected because

16  these actions are designated for electronic filing only, and, therefore, plaintiffs physically filed their

17  re-noticed motions to remand on the next business day, Monday, July 2, 2012;

18       WHEREAS, the parties hereto agree that in the interest of judicial economy, plaintiffs'

19  motions to remand the Removed Actions and motions on behalf of defendants to stay the Removed

20  Actions should be briefed and heard on the same schedule; and

21       WHEREAS, the parties hereto wish to have the motions to stay and the motions to remand

22  the Removed Actions heard on the same date, that date being August 10, 2012.

23       NOW THEREFORE THE PARTIES STIPULATE AND AGREE that:

24       All briefing in response to either the motions to remand the Removed Actions or the Motions

25  to Stay the Removed Actions should be served on the parties and filed with the Court no later than

26  July 10, 2012; plaintiffs shall file a single brief and defendants shall collectively file a single brief;

27       All reply briefs in support of the motions to remand the Removed Actions or the motions to

28  stay the Removed Actions should be served on the parties and filed with the Court no later than July

STIPULATION REGARDING SCHEDULING     2     CASE NO. 12-CV-3200 (MMC)

1    18, 2012; plaintiffs shall file a single brief and defendants shall collectively file a single brief; and

2        In each of the Removed Actions, the parties will file amended notices of the motions to

3    remand and amended notices of the motions to stay setting August 10, 2012 at 9:00 A.M. as the

4    hearing date for said motions.

5

6

7    Dated July 3, 2012                        **KIRKLAND & ELLIS LLP**

8                                              _____*/s/ James F. Basile*_____
                                                     JAMES F. BASILE
9

10                                            James F. Basile
                                              Elizabeth L. Deeley
11                                            555 California Street, 27th Floor
                                              San Francisco, CA  94104
12                                            Telephone:  (415) 439-1471
                                              Facsimile:  (415) 439-1371
13

14
                                              **KIRKLAND & ELLIS LLP**
15                                            Andrew B. Clubok
                                              Brant W. Bishop
16                                            601 Lexington Ave.
                                              New York , NY 10022
17                                            Telephone:  (212) 446-4800
                                              Facsimile:  (212) 446-4900
18

19                                            and

20                                            **WILLKIE FARR & GALLAGHER LLP**
                                              Richard D. Bernstein
21                                            Tariq Mundiya
                                              Todd G. Cosenza
22                                            787 Seventh Avenue
                                              New York, N.Y. 10019-6099, U.S.A.
23                                            Telephone: (212) 728-8000
                                              Facsimile: (212) 728-8111
24
                                              *Attorneys for Defendants Facebook, Inc., Mark*
25                                            *Zuckerberg, David A. Ebersman, David M.*
                                              *Spillane, Marc L. Andreessen, Erskine B.*
26                                            *Bowles, James W. Breyer, Donald E. Graham,*
                                              *Reed Hastings, Peter A. Thiel*
27

28

1 | Dated July 3, 2012

**BARRACK, RODOS & BACINE**

2

3

_/s/ Samuel M. Ward_
SAMUEL M. WARD

4

5 | STEPHEN R. BASSER
SAMUEL M. WARD
One America Plaza
600 West Broadway, Suite 900
San Diego, CA  92101
Phone: (619) 230-0800
Fax:  (619) 230-1874
Email: sbasser@barrack.com
sward@barrack.com

6

7

8

9

10

and

11

12 | **BARRACK RODOS & BACINE**
DANIEL E. BACINE
MARK R. ROSEN
BETH T. SELTZER
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Phone: (215) 963-0600
Fax: (215) 963-0838
Email: dbacine@barrack.com
mrosen@barrack.com
bseltzer@barrack.com

13

14

15

16

17

18

19 | **GLANCY BINKOW & GOLDBERG LLP**
Lionel Z. Glancy
Michael Goldberg
Robert V. Prongay
Casey E. Sadler
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Tel: (310) 201-9150
Fax: (310) 201-9160
Email: info@glancylaw.com

20

21

22

23

24

25 | _Co- Lead Counsel in the San Mateo County Supreme_
_Court Actions and Counsel for Plaintiffs Darryl Lazar,_
_Vernon R. DeMois, Jr., Edward J. Shierry, Karen_
_Cuker, Brian Gralnick and Harvey Lapin_

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STRAUSS TROY CO., LPA**
Richard S. Wayne
Joseph J. Braun
The Federal Reserve Building
150 East Fourth Street
Cincinnati, Ohio 45202-4018
Tel: (513) 621-2120
Fax: (513) 629-9426

*Counsel for Plaintiff Vernon R. DeMois, Jr.,*

**AHDOOT & WOLFSON, P.C.**
Robert Ahdoot
Tina Wolfson
Theodore Maya
Bradley King
10850 Wilshire Boulevard, Suite 370
Los Angeles, CA 90024
Tel: 310-474-9111
Fax: 310-474-8585

*Counsel for Plaintiff Jennifer Stokes*

**INITIATIVE LEGAL GROUP APC**
Jordan L. Lurie
Raul Perez
Andrew Sokolowski
Sue Kim
1800 Century Park East, 2nd Floor
Los Angeles, California 90067
Telephone: (310) 556 - 5637
Facsimile: (310) 861 -9051

and

Jack Zwick
100 Church Street, Suite 850
New York, N.Y. 10007
Telephone: (212) 385 - 1900
Facsimile: (212) 385 - 1911

*Counsel for Plaintiff Michael Lieber*

1    Dated July 3, 2012                          **DAVIS POLK & WARDWELL LLP**

2                                                     _/s/ Neal A. Potischman_

3                                                    NEAL A. POTISCHMAN

4                                               Neal A. Potischman
                                                Samantha H. Knox
5                                               1600 El Camino Real
                                                Menlo Park, CA 94025
6                                               Telephone: (650) 752-2000
                                                Facsimile: (650) 752-2111
7

8

9                                               **DAVIS POLK & WARDWELL LLP**
                                                James P. Rouhandeh
10                                              Charles S. Duggan
                                                450 Lexington Avenue
11                                              New York, New York  10017
                                                Telephone: (212) 450-4000
12                                              Facsimile: (212) 701-5800

13
                                                _Attorneys for Defendants Morgan Stanley &_
14                                              _Co. LLC  and Goldman, Sachs & Co., for themselves_
                                                _and on behalf of the underwriter defendants_
15

16

17

18   **PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.**

19

20   Dated: July 6, 2012

21                                              HONORABLE MAXINE M. CHESNEY
                                                UNITED STATES DISTRICT JUDGE
22

23

24

25

26

27

28