IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDWARD J. SHIERRY, Individually and On Behalf of All Others Similarly Situated,

Plaintiff(s),

v.

FACEBOOK, INC., et al.,

Defendant(s).

CASE NO. 12-CV-3200 ~~RS~~ MMC

**(Proposed)**
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY**
*PRO HAC VICE*

Andrew B. Clubok, whose business address and telephone number is 601 Lexington Avenue, New York, NY 10022; telephone: 212-446-4800; email: andrew.clubok@kirkland.com

and who is an active member in good standing of the bar of DC, NY and OH

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Facebook, Inc.+ individual defendants

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: July 9, 2012

*[signature]*

United States District Judge